IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARC JACOBS TRADEMARKS, LLC AND MARC JACOBS INTERNATIONAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-02840 <br><br> **Judge Manish S. Shah** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| Shenzhen Meideal Industrial Co., Ltd. | 3 |
| LuyaVogue | 72 |
| CJUAN | 139 |
| wenmianwangluo | 145 |

Dated this 1st day of May 2025.  Respectfully submitted,

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
habes@gbc.law

*Counsel for Plaintiffs Marc Jacobs Trademarks, LLC and Marc Jacobs International, LLC*